■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN HEMPHILL, Appellant, v BARRY McCARDLE, Superintendent, Watertown Correctional Facility, et al., Respondents. [45 NYS3d 830]—Appeal from a judgment (denominated order) of the Supreme Court, Jefferson County (James P. McClusky, J.), entered March 17, 2015 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.